```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 11189
   LAZETTE MOORE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8335

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/22/2007 and was confirmed 08/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
ACCESS FINANCIAL          SECURED NOT I         .00              .00             .00
ACCESS FINANCIAL          UNSEC W/INTER   NOT FILED              .00             .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED              .00             .00
COOK COUNTY TREASURER     SECURED           1055.76              .00          534.96
EMC MORTGAGE              CURRENT MORTG        .00               .00             .00
EMC MORTGAGE              MORTGAGE ARRE    6000.00               .00             .00
LITTON LOAN SERVICING     CURRENT MORTG        .00               .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE   28860.83               .00          606.47
ACCESS CREDIT UNION       UNSEC W/INTER     984.09               .00             .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER    3422.51               .00             .00
CITY OF CHICAGO PARKING   UNSEC W/INTER     580.00               .00             .00
STONE PARK POLICE DEPT    UNSEC W/INTER   NOT FILED              .00             .00
WASHINGTON MUTUAL         UNSEC W/INTER   NOT FILED              .00             .00
ER SOLUTIONS INC          UNSEC W/INTER    1343.47               .00             .00
HSBC NV                   UNSEC W/INTER   NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED              .00             .00
TNB TARGET                UNSEC W/INTER     163.57               .00             .00
WASHINGTON MUTUAL         UNSEC W/INTER   NOT FILED              .00             .00
ZENITH FEDERAL CREDIT UN  UNSEC W/INTER    2686.61               .00             .00
TARGET NATIONAL BANK      NOTICE ONLY     NOT FILED              .00             .00
LITTON LOAN SERVICING LP  NOTICE ONLY     NOT FILED              .00             .00
LEGAL HELPERS PC          DEBTOR ATTY      2,000.00                         2,000.00
TOM VAUGHN                TRUSTEE                                             226.98
DEBTOR REFUND             REFUND                                                6.59

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  3,375.00

PRIORITY                                         .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11189 LAZETTE MOORE
```

```
SECURED                                                       1,141.43
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,000.00
TRUSTEE COMPENSATION                                            226.98
DEBTOR REFUND                                                     6.59
                                        ----------------  ----------------
TOTALS                                          3,375.00          3,375.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```